# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

In re: Michael S Wilson and Lindsey A Wilson
       Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–5308   xxx–xx–8721

Bankruptcy Proceeding No. 14–40364–lkg
Chapter No.: 13
Judge: Laura K. Grandy

PLEASE TAKE NOTICE that a hearing will be held

    at U.S. Bankruptcy Court, 301 W Main St, Benton, IL 62812
    on 5/21/14 at 09:00 AM

to consider and act upon the following:

    Motion to Excuse Fifth Third Bank from Filing Notice of Payment Change filed by Creditor FIFTH THIRD BANK

Dated: May 5, 2014

DIRECT ALL COURT CORRESPONDENCE TO:  
U.S. BANKRUPTCY COURT  
301 WEST MAIN STREET  
BENTON, IL 62812

Donna N Beyersdorfer  
Clerk, U.S. Bankruptcy Court

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Carrying of firearms is prohibited.  Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

Hazardous road conditions may necessitate canceling scheduled hearings.  When applicable contact the Bankruptcy Clerk's office at (618) 435–2200.