# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    Michael Wilson, | ) | Under Chapter 13 |
|    Lindsey Wilson, | ) | |
|       Debtors. | ) | |
| | ) | Bk. No.: 14-40364 |
| Fifth Third Bank, | ) | |
|       Creditor. | ) | |

## RESPONSE TO CREDITOR'S MOTION TO EXCUSE FILING NOTICE OF PAYMENT CHANGE PURSUANT TO FRBP 3002.1 (b)

Now come the Debtors, Michael Wilson and Lindsey Wilson, by and through their attorneys of the Bankruptcy Clinic, PC and in response to Creditor's Motion to Excuse Fifth Third Bank from Filing Notice of Payment Change Pursuant to FRBP 3002.1(b) filed by Fifth Third Bank, state that Debtors do not object to the Creditor's Motion.

                                                Respectfully Submitted,

                                                /s/ Jay B. Howd
                                                Jay B. Howd
                                                Bankruptcy Clinic, PC
                                                Attorney for the Debtors
                                                206 West DeYoung
                                                Marion, Illinois 62959
                                                Phone:  (618) 993-1300
                                                Fax: (618) 993-0713

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the parties set forth below by causing same to be mailed in a properly addressed envelope, postage prepaid from Marion, Illinois on May 20, 2014 unless a copy was provided electronically by the Bankruptcy Court.

Electronically Noticed:

Bob G. Kearney, Trustee

United States Trustee

Jennifer Rinn
Kropik, Papuga and Shaw
Attorney for Creditor

/s/ Cheri Weeks
Bankruptcy Clinic, PC