IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FIFTH THIRD BANK

vs

MICHAEL & LINDSEY WILSON

**CASE NO** 14-40364
**CHAPTER:** 13

**DATE**: May 21, 2014
**PLACE**: Benton

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Jennifer Rinn

**COUNSEL FOR DEFENDANT:** Michael Curry          Appears

**PROCEEDINGS:** Motion to Excuse Fifth Third Bank from Filing Notice of Payment Change

**MINUTES OF COURT:**

Case is called for hearing on the Motion to Excuse Fifth Third Bank from Filing Notice of Payment Change. Bradley Olson appears and enters his appearance as counsel for Fifth Third Bank. The Motion is Granted.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**